**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ **3rd** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Lazara Quinones Villalobos**   JOINT DEBTOR: ___   CASE NO.: ___

Last Four Digits of SS# **xxx-xx-3353**   Last Four Digits of SS# ___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

   A.  $   **219.03**   for months   **1**   to   **15**   ;
   B.  $   **394.36**   for months   **16**  to   **60**   ;
   C.  $   _____    for months   ___   to   ___   ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $  **5,250.00**    TOTAL PAID $  **2,000.00**
                                   3,250.00           45.83                                    1       15
            Balance Due      $  **2,562.50**  payable $ 56.94       /month   (Months   16   to   60  )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Lago Grande 3 C Condo Association**   Arrearage on Petition Date  $ **0.00**
   Address: **6520 W 24 Court Hialeah, FL 33016**
   Account No: ___
   Regular Payment  $  **93.07**  /month  (Months **1** to **15**)
   Regular Payment  $  **155.64** /month  (Months **16** to **60**)

**Lago Grande Master Association**   Arrearage on Petition Date  $ **0.00**
Address: **6520 W 24th Ct; Hialeah, FL 33016**
Account No: ___
Arrears Payment  $  **71.13**  /month  (Months **1** to **15**)
Regular Payment  $  **118.95** /month  (Months **16** to **60**)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Lago Grande 3 C Condo Association** 6520 W 24 Court Hialeah, Florida 33016 | **6460 W 27 CT 22-53 Hialeah , FL 33016-2888** $ 90,610.00 | 0% | $ 0.00 | 0 To 0 | 0.00 |
| **Lago Grande Master** 6520 W 24th Ct; Hialeah, FL 33016 | **6460 W 27 CT 22-53 Hialeah , FL 33016-2888** $ 90,610.00 | 0% | $ 0.00 | 0 To 0 | 0.00 |

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Anson Street, LLC** 200 Meeting Street, #206 Charleston, SC 29401 | **6460 W 27 CT 22-53 Hialeah , FL 33016-2888** $ 90,610.00 | 0% | $ 0.00 | 0 To 0 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
    **-NONE-**      Total Due   $ ___
                    Payable     $ ___ /month   (Months _ to _ )   Regular Payment $ ___

Unsecured Creditors:  Pay $ **23.4** /month (Months **16** to **60**).
    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**

**-NONE-**

**Assumed Contracts and/or Leases**

**-NONE-**

**Special Intentions:**
**Wells Fargo/Select Portfolio Debtor will pay claim directly.**
**Exeter Finance Corp: Debtor surrenders all interest in property.**

**The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Lazara Villalobos**
**Lazara Villalobos**
Debtor

Date: **April 13, 2017**