```
                           United States Bankruptcy Court
                            Southern District of Florida
In re:                                                                    Case No. 15-29714-RAM
Lazara Quinones Villalobos                                                Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 113C-1          User: oriol-ben              Page 1 of 3              Date Rcvd: Dec 14, 2017
                              Form ID: pdf004              Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
db             +Lazara Quinones Villalobos,    6460 W 27 Court, Unit 22-53,    Hialeah, FL 33016-4317
93299603       +1stprogress/1stequity/,    1120 Welsh Rd Ste 200,    North Wales, PA 19454-3794
93299604      ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
               (address filed with court: Aaron Sales & Lease Ow,     1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144)
93299605       +ACC Absolute Collections, Corp,    PO Box 880306,    San Diego, CA 92168-0306
93299606       +AMC Mortgage Services/Citimortgage Inc,    Citimortgage Inc,    Po Box 6030,
                 Sioux Falls, SD 57117-6030
93439031        ANSON STREET LLC,    C/O SHELLPOINT MORTGAGE SERVICING,    PO BOX 10826,
                 GREENVILLE SC 29603-0826
93299607       +Anson Street, LLC,    200 Meeting Street, Suite 206,    Charleston, SC 29401-3187
93299608       +Argent Mortgage Company, LLC,    3 Park Plaza, 10th Floor,    Irvine, CA 92614-8505
93299610      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
93299611       +Bk Of Amer,   1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
93299640      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713)
93299613       +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
93299615       +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
93299616       +Central Florida Invest,    Cfi/Westgate Resorts,    2801 Old Winter Garden Rd,
                 Ocoee, FL 34761-2965
93299617       +ChaseHealthAdvance,    Az1-5734,    Po Box 71,    Phoenix, AZ 85001-0071
93299619        Crest Financial,    15 West,    Draper, UT 84020
93299621       +Equiant Financial Svcs,    Attn: Bankrupty Dept,    5401 N Pima Rd,    Scottsdale, AZ 85250-2627
93299627       +FNCC/Legacy Visa,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
93299624       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
93299625       +First Progress Credit Card,    Po Box 84018,    Columbus, GA 31908-4018
93299632       +GMAC,   c/o W. Matthew Kearce, Esq,    Moody, Jones, Ingino,    1333 S, University Srive, #201,
                 Fort Lauderdale, FL 33324-4022
93299633       +Horizon Card,    1707 Warren Rd,    Indiana, PA 15701-2423
93299634       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
93299639       +LVNV Funding LLC,    P.O. Box 15298,    Wilmington, DE 19850-5298
93299635       +Lag0 Grande Association,    c/o APG Partners,    300 Aragon Avenue, Suite 210,
                 Miami, FL 33134-5047
93299636       +Lago Grande 3 C Condo Association,    2570 W 67TH PL,    Hialeah, FL 33016-2854
93299637       +Lago Grande Master Assocaition, Inc,    c/o Lago Grande Three C,    6520 W 24 Court,
                 Hialeah, FL 33016-2817
93299638       +Local Finance Company,    21400 Nw 2nd Ave,    Miami, FL 33169-2126
93299642       +Montgomery Ward,    3650 Millwauree St,    Madison, WI 53714-2304
93344701       +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
93299643       +Option One Mortgage Co/American Home Mor,    Ahmsi, Inc,    P.O.Box 631730,
                 Irving, TX 75063-0002
93299644       +Quest Diagnostics,    PO Box 7306,    Hollister, MO 65673-7306
93299648       +Rotorazer, LLC,    1392 Sarah PL Unit B,    Ontario, CA 91761-1433
93299654      ++STELLAR RECOVERY INC,    PO BOX 48370,    JACKSONVILLE FL 32247-8370
               (address filed with court: Stellar Recovery Inc,    1327 Highway 2 West,    Kalispell, MT 59901)
93299649        Sears/cbna,   133200 Smith Rd,    Cleveland, OH 44130
93299651        Select Portfolio Servicing,    3815 SW Temple,    Salt Lake City, UT 84115
93299652       +Shellpoint Mortgage Se,    55 Beattie Place,    Greenville, SC 29601-2165
93299653       +Shellpoint Mortgage Servicing,    55 Beattie Place, MS #005,    Greenville, SC 29601-5116
93299655       +Suntrust Bk Miami Na,    Attn: Bankruptcy Dept,    Po Box 85092 Mc Va-Wmrk-7952,
                 Richmond, VA 23285-5092
93299656       +United Property Manangement,    PO Box 143108,    Miami, FL 33114-3108
93299657       +Verve,   PO Box 105725,    Atlanta, GA 30348-5725
93299660       +Wells Fargo Bank,    1250 Montego Way,    Walnut Creek, CA 94598-2875
93299661       +Wells Fargo Bank, NA,    Po Box 10335,    Des Moines, IA 50306-0335
93299662       +Westgare Miami Beach, Inc,    c/o Greenspoon, Marder, PA,    201 East Pine Street, Suite 500,
                 Orlando, FL 32801-2718
93299663        Westgate Miami Beach,    3611 Collina Avenue,    Miami, FL 33166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Dec 14 2017 23:55:19     Exeter Finance Corp.,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
cr              E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 14 2017 23:52:54     Jefferson Capital Systems LLC,
                 PO Box 7999,    St Cloud, MN 56302
93381784       +E-mail/Text: bnc@atlasacq.com Dec 14 2017 23:52:12     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
93299614       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 14 2017 23:55:20
                 Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
93299618       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 14 2017 23:55:42     Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
```

```
District/off: 113C-1           User: oriol-ben              Page 2 of 3                   Date Rcvd: Dec 14, 2017
                               Form ID: pdf004              Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
93479511         +E-mail/Text: bk.litigation@crestfinancial.com Dec 14 2017 23:53:02
                  Crest Financial Services LLC,    61 West 13490 South,    Salt Lake City UT 84020-7209
93299620         +E-mail/Text: bknotice@erccollections.com Dec 14 2017 23:52:47      Enhanced Recovery Corp,
                  Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
93299622         +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Dec 14 2017 23:55:19      Exeter Finance Corp,
                  Po Box 166097,    Irving, TX 75016-6097
93464649         +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Dec 14 2017 23:55:40      Exeter Finance Corp.,
                  Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
93299628         +E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2017 23:52:08      G M A C,    Po Box 105677,
                  Atlanta, GA 30348-5677
93299629         +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2017 23:55:31      GECRB/JC Penny,
                  Attention:  Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
93299631         +E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2017 23:52:08      GMAC,    2911 Lake Vista Drive,
                  Lewisville, TX 75067-3801
93299630         +E-mail/Text: bankruptcy@sccompanies.com Dec 14 2017 23:53:26      Ginnys/Swiss Colony Inc,
                  Attn: Bankruptcy,    1112 7th Ave,    Monroe, WI 53566-1364
93453954          E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2017 00:01:12
                  LVNV Funding, LLC its successors and assigns as,     assignee of Bluestem Brands, Inc.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
93299641         +E-mail/Text: bkr@cardworks.com Dec 14 2017 23:52:07      Merric Bank,
                  10705 S Jordan Gateway #200,    South Jordan, UT 84095-3977
93418726         +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2017 23:52:42      Midland Credit Management Inc,
                  as agent for Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
93446145         +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 14 2017 23:52:54      Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
93299646         +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2017 00:01:03      Resurgent Capital,
                  PO Box 10497, MS 576,    Greenville, SC 29603-0497
93299647         +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2017 00:01:03
                  Resurgent Capital Services, LP,    PO Box 10497,    Greenville, SC 29603-0497
93299650         +E-mail/Text: jennifer.chacon@spservicing.com Dec 14 2017 23:53:26
                  Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
93299658         +E-mail/Text: bnc-bluestem@quantum3group.com Dec 14 2017 23:53:13      Web Bank,
                  215 South State Street, Suite 800,    Salt Lake City, UT 84111-2339
93299659         +E-mail/Text: bnc-bluestem@quantum3group.com Dec 14 2017 23:53:13      Webbank/fingerhut Fres,
                  6250 Ridgewood Road,    St Cloud, MN 56303-0820
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
93299612       Cap One
93299623       Expressauto
93464376       Wells Fargo Bank, N.A., as trustee, on behalf of t
93299609*    ++AARON S INC,   PO BOX 100039,    KENNESAW GA 30156-9239
               (address filed with court:  Arronrnts,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144)
93299626     ##+FM Law Group, P.A,   14100 Palmetto Frontage Rd. Sutie #390,    Hialeah, FL 33016-1557
93299645     ##+Rana Furniture,   5891 SW 8 Street,    Miami, FL 33144-5086
                                                                                   TOTALS: 3, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                          Signature:  /s/Joseph Speetjens

```
District/off: 113C-1          User: oriol-ben              Page 3 of 3                   Date Rcvd: Dec 14, 2017
                              Form ID: pdf004              Total Noticed: 67
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
              Nancy K. Neidich     e2c8f01@ch13miami.com,  ecf2@ch13miami.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Ricardo  Corona, Esq.   on behalf of Debtor Lazara  Quinones Villalobos bk@coronapa.com
                                                                                             TOTAL: 3
```



**ORDERED in the Southern District of Florida on December 13, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-29714-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

LAZARA QUINONES VILLALOBOS

DEBTOR                              /

### ORDER REINSTATING CHAPTER 13 CASE

This matter came to be heard on December 12, 2017, on the debtor's motion to reinstate case. The court, if applicable, has entered an order reopening the case and the debtor has paid all required reopening fees. Based on the record, it is

**Ordered as follows:**

1. The motion is granted and this case is **REINSTATED**. Pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay terminated on the date this case was dismissed and was not in effect from that date until the entry of this order.

2. The Trustee's Final Report, if any filed, is deemed withdrawn and the Order Discharging Trustee, if entered, is deemed vacated.

3. If not previously filed, any and all documents required to be filed by the debtor(s) under 11 U.S.C. §521(a)(1), Bankruptcy Rule 1007, and Local Rule 1007-1 shall be filed no later than 14 days after entry of this order.

4. The following checked provision(s) also apply:

[ ] This case was dismissed prior to the conclusion of the meeting of creditors, under 11 U.S.C. §341. A new §341 meeting of creditors and confirmation hearing shall be set and noticed to all parties of record by the Clerk of Court. The notice shall also establish a new deadline to file a proof of claim and deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts.

[ ] This case was dismissed after the §341 meeting of creditors was concluded but prior to or at the hearing on confirmation. (If applicable) A further §341 meeting will be conducted at CLAUDE PEPPER FEDERAL BUILDING, 51 SW FIRST AVENUE, ROOM 102, MIAMI, FL 33130. A new confirmation hearing is scheduled for , at at UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 4, MIAMI, FL 33128. The deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts, is . The deadline for filing claims (except for governmental units) is . Previously filed claims need not be refiled.

[ ] This case was dismissed after the §341 meeting of creditors was conducted and after the expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original deadline to file claims, but prior to or at the hearing on confirmation. No new deadlines shall be reset. (If applicable) A further §341 meeting will be conducted at CLAUDE PEPPER FEDERAL BUILDING, 51 SW FIRST AVENUE, ROOM 102, MIAMI, FL 33130. A new confirmation hearing is scheduled for , at at UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 4, MIAMI, FL 33128.

[X] This case was dismissed after the §341 meeting of creditors and confirmation hearing and expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original claims bar date. No new §341 meeting, confirmation hearing, or deadlines shall be set, and the case shall proceed in the normal course under the confirmed plan.

[X] If this box is checked, the following provision applies:

As a condition of reinstatement of this case and in order to provide protection of creditors' vested interests, in the event of conversion to another chapter or dismissal of this reinstated case prior to confirmation, all plan payments made to the Trustee prior to entry of an order of conversion or dismissal shall be paid to administrative, secured, and priority creditors pursuant to the terms of the last filed plan, less any fees and costs, and not returned to the debtor.

###

**Prepared By:**

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**Submitted By:** Counsel for the debtor(s)

**Copies to:**

All parties of record by the Clerk of Court.